1  LYNNE C. HERMLE (STATE BAR NO. 99779)
   lchermle@orrick.com
2  ORRICK, HERRINGTON & SUTCLIFFE LLP
   1000 Marsh Road
3  Menlo Park, CA  94025
   Telephone:     (650) 614-7400
4  Facsimile:     (650) 614-7401

5  JULIE A. TOTTEN (STATE BAR NO. 166470)
   jatotten@orrick.com
6  SARA E. DIONNE (STATE BAR NO. 221326)
   sdionne@orrick.com
7  ORRICK, HERRINGTON & SUTCLIFFE LLP
   400 Capitol Mall
8  Sacramento, CA  95814-4497
   Telephone:     (916) 447-9200
9  Facsimile:     (916) 329-4900

10 Attorneys for Defendants
   LUXOTTICA RETAIL NORTH AMERICA, INC. D/B/A
11 LENSCRAFTERS, INC.

12

13                     UNITED STATES DISTRICT COURT

14                    NORTHERN DISTRICT OF CALIFORNIA

15

16 | BRIAN KING, MATTHEW SMELSER and DAWN CONE, individuals, on behalf of themselves and all other similarly situated, | Case No.  3:09-cv-03081-SI

   **[PROPOSED] ORDER GRANTING STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE AND RELATED DEADLINES**

   Plaintiffs,

   v.

   LENSCRAFTERS, INC., LUXOTTICA GROUP S.P.A. and Does 1 through 100,
   Defendants.

OHS West:260734890.1

1    This matter comes before the Court on the parties' Stipulation to Continue Case
2    Management Conference and Related Deadlines pursuant to Civil Local Rule 7-12.
3    Having considered the parties' stipulation, the Court finds that the deadlines and Initial
4    Case Management Conference set forth in the Court's July 8, 2009 Order should be continued
5    pending the Court's ruling on LensCrafters' Administrative Motion to Consider Whether Cases
6    Should be Related and any amendment of the pleadings by plaintiffs.  Accordingly, the parties
7    stipulation is hereby GRANTED and the deadlines and Initial Case Management Conference set
8    forth in the Court's July 8, 2009 Order are hereby continued pending the Court's ruling on
9    LensCrafters' Administrative Motion to Consider Whether Cases Should be Related and any
10   amendment of the pleadings by plaintiffs. or to November 20, 2009, whichever comes first.
11   IT IS SO ORDERED.
12   Dated:_____

_____
SUSAN ILLSTON
UNITED STATES DISTRICT COURT JUDGE

OHS West:260734890.1                                - 1 -                [PROPOSED] ORDER GRANTING STIPULATION TO
CONTINUE CASE MANAGEMENT CONFERENCE
AND RELATED DEADLINES