IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

BRIAN KING,

    Plaintiff,

v.

LENSCRAFTERS, INC.,

    Defendant.

No. C 09-03081 SI

**PRETRIAL PREPARATION ORDER**

It is hereby **ORDERED** pursuant to F.R.C.P. and the Local Rules of this Court:

FURTHER CASE MANAGEMENT: March 5, 2010 at 3:00 p.m.
Counsel *must* file a joint case management statement seven days in advance of the conference.

MOTION TO CERTIFY CLASS: October 1, 2010 at 9:00 a.m.
(File: 7/1/10, Opposition: 8/13/10, Reply: 9/8/10)

DISCOVERY PLAN: Per F.R.Civ.P and Local Rules, subject to any provisions below.

NON-EXPERT DISCOVERY CUTOFF is March 11, 2011.

DESIGNATION OF EXPERTS: pltf: 1/14/11, deft: 2/4/11; REBUTTAL: pltf: 2/18/11.
    Parties **SHALL** conform to Rule 26(a)(2).

EXPERT DISCOVERY CUTOFF is March 11, 2011.

DISPOSITIVE MOTIONS **SHALL** be filed by March 25, 20114;

    Opp. Due April 22, 2011; Reply Due May 13, 2011;

    and set for hearing no later than May 27, 2011 at 9:00 AM.

PRETRIAL CONFERENCE DATE: July 5, 2011 at 3:30 PM.

JURY TRIAL DATE: July 18, 2011 at 8:30 AM.,
    Courtroom 10, 19th floor.

TRIAL LENGTH is estimated to be __ days.

SPECIAL DISCOVERY AND PRETRIAL PROVISIONS:
The parties shall determine if a motion to compel arbitration is necessary.
The deadline to complete the ENE session is the end of January 2010.

The pretrial conference **SHALL** be attended by trial counsel prepared to discuss all aspects of the case, including settlement. Parties **SHALL** conform to the attached instructions. Plaintiff is ORDERED to serve a copy of this order on any party subsequently joined in this action.

Dated: _____

                                    SUSAN ILLSTON
                                    United States District Judge