| | |
|---|---|
| 1 | H. TIM HOFFMAN (STATE BAR NO. 49141)<br>ARTHUR W. LAZEAR (STATE BAR NO. 83603) |
| 2 | MORGAN M. MACK (STATE BAR NO. 212659)<br>HOFFMAN & LAZEAR |
| 3 | 180 Grand Avenue, Suite 1550<br>Oakland, CA  94612 |
| 4 | Telephone:  (510) 763-5700; Facsimile:  (510) 835-1311 |
| 5 | NEWMAN STRAWBRIDGE (STATE BAR NO. 171360)<br>LAW OFFICE OF NEWMAN STRAWBRIDGE |
| 6 | 719 Orchard Street<br>Santa Rosa, CA  95404 |
| 7 | Telephone:  (707) 523-3377 |
| 8 | CAMERON CUNNINGHAM (STATE BAR NO. 75593)<br>LAW OFFICE OF CAMERON CUNNINGHAM |
| 9 | 719 Orchard Street<br>Santa Rosa, CA  95404 |
| 10 | Telephone:  (707) 829-9194 |
| 11 | Attorneys for Plfs. Brian King, Matthew Smelser, and Dawn Cone |
| 12 | |
| 13 | LYNNE C. HERMLE (STATE BAR NO. 99779)<br>ORRICK, HERRINGTON & SUTCLIFFE LLP |
| 14 | 1000 Marsh Road<br>Menlo Park, CA  94025 |
| 15 | Telephone:     (650) 614-7400; Facsimile:    (650) 614-7401 |
| 16 | JULIE A. TOTTEN (STATE BAR NO. 166470)<br>SARA E. DIONNE (STATE BAR NO. 221326) |
| 17 | ORRICK, HERRINGTON & SUTCLIFFE LLP<br>400 Capitol Mall, Suite 3000 |
| 18 | Sacramento, CA  95814-4497<br>Telephone:     (916) 447-9200; Facsimile:    (916) 329-4900 |
| 19 | Attorneys for Defendant Luxottica Retail North America, Inc. |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| 23 | BRIAN KING, MATTHEW SMELSER and DAWN CONE, individuals, on behalf of themselves and all other similarly situated,<br>Plaintiffs,<br><br>v.<br><br>LENSCRAFTERS, INC., LUXOTTICA GROUP S.P.A. and Does 1 through 100,<br>Defendants. | Case No.  3:09-cv-03081-SI<br><br>**STIPULATION & [PROPOSED] ORDER RE CONTINUING DEADLINE TO COMPLETE EARLY NEUTRAL EVALUATION** |

OHS West:260753920.2

STIPULATION & [PROPOSED] ORDER RE
CONTINUING DEADLINE TO COMPLETE EARLY
NEUTRAL EVALUATION

1  WHEREAS Plaintiffs and defendant Luxottica Retail North America, Inc. (improperly

2  sued as LensCrafters, Inc.) ("Defendant") have met and conferred regarding Plaintiffs First

3  Amended Complaint;

4  WHEREAS defendant Luxottica Group SpA has not been served in this action;

5  WHEREAS Plaintiffs intend to file a Second Amended Complaint, which (among other

6  changes) drops Luxottica Group SpA as a defendant in this action;

7  WHEREAS Plaintiffs have not yet filed their Second Amended Complaint;

8  WHEREAS the parties are currently ordered to complete an Early Neutral Evaluation

9  session by the end of January;

10  WHEREAS the Early Neutral Evaluator initially contacted the parties about the Early

11  Neutral Evaluation via correspondence dated December 23, 2009 and has scheduled an initial

12  teleconference with the parties on January 12, 2010;

13  NOW THEREFORE, IT IS HEREBY STIPULATED AND AGREED by and between the

14  parties, through their respective counsel of record, that the parties deadline to complete an Early

15  Neutral Evaluation sessions shall be continued to June 30, 2010.

16  **IT IS SO STIPULATED.**

17  Pursuant to General Order No. 45, Orrick, Herrington & Sutcliffe LLP attests that

18  concurrence in the filing of the document has been obtained from the other signatories which

19  shall serve in lieu of their signatures on the document.

20  / / /

21  / / /

22  / / /

23  / / /

24  / / /

25  / / /

26  / / /

27  / / /

28  / / /

1  Dated: January 8, 2010

H. TIM HOFFMAN
ARTHUR W. LAZEAR
MORGAN M. MACK
Hoffman & Lazear

/S/ Morgan M. Mack
MORGAN M. MACK
Attorneys for Plaintiffs
BRIAN KING, MATTHEW SMELSER &
DAWN CONE

Dated: January 8, 2010

LYNNE C. HERMLE
JULIE A. TOTTEN
SARA E. DIONNE
Orrick, Herrington & Sutcliffe LLP

/S/ Sara E. Dionne
SARA E. DIONNE
Attorneys for Defendant
LUXOTTICA RETAIL NORTH AMERICA, INC.

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: _____

*[signature: Susan Illston]*

**The Honorable Susan Illston**