| | |
|---|---|
| 1 | H. TIM HOFFMAN (STATE BAR NO. 49141) |
| | ARTHUR W. LAZEAR (STATE BAR NO. 83603) |
| 2 | MORGAN M. MACK (STATE BAR NO. 212659) |
| | HOFFMAN & LAZEAR |
| 3 | 180 Grand Avenue, Suite 1550 |
| | Oakland, CA  94612 |
| 4 | Telephone:  (510) 763-5700; Facsimile:  (510) 835-1311 |
| 5 | NEWMAN STRAWBRIDGE (STATE BAR NO. 171360) |
| | LAW OFFICE OF NEWMAN STRAWBRIDGE |
| 6 | 719 Orchard Street |
| | Santa Rosa, CA  95404 |
| 7 | Telephone:  (707) 523-3377 |
| | CAMERON CUNNINGHAM (STATE BAR NO. 75593) |
| 8 | LAW OFFICE OF CAMERON CUNNINGHAM |
| | 719 Orchard Street |
| 9 | Santa Rosa, CA  95404 |
| | Telephone:  (707) 829-9194 |
| 10 | |
| | Attorneys for Plfs. Brian King, Matthew Smelser, |
| 11 | and Dawn Cone |
| 12 | LYNNE C. HERMLE (STATE BAR NO. 99779) |
| | lchermle@orrick.com |
| 13 | ORRICK, HERRINGTON & SUTCLIFFE LLP |
| | 1000 Marsh Road |
| 14 | Menlo Park, CA  94025 |
| | Telephone:    (650) 614-7400; Facsimile:    (650) 614-7401 |
| 15 | JULIE A. TOTTEN (STATE BAR NO. 166470) |
| | jatotten@orrick.com |
| 16 | SARA E. DIONNE (STATE BAR NO. 221326) |
| | sdionne@orrick.com |
| 17 | ORRICK, HERRINGTON & SUTCLIFFE LLP |
| | 400 Capitol Mall |
| 18 | Sacramento, CA  95814-4497 |
| | Telephone:    (916) 447-9200; Facsimile:    (916) 329-4900 |
| 19 | |
| | Attorneys for Defendants LUXOTTICA RETAIL NORTH |
| 20 | AMERICA, INC. D/B/A LENSCRAFTERS, INC. |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRIAN KING, MATTHEW SMELSER and DAWN CONE, individuals, on behalf of themselves and all other similarly situated, | Case No.  3:09-cv-03081-SI |
| Plaintiffs, | **STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE** |
| v. | |
| LENSCRAFTERS, INC., LUXOTTICA GROUP S.P.A. and Does 1 through 100, | |
| Defendants. | |

OHS West:260893809.1

STIPULATION TO CONTINUE
CASE MANAGEMENT CONFERENCE

WHEREAS the Court stayed this action on February 24, 2010, pending a ruling on final approval of the settlement in *Felice Martinez v. LensCrafters, Inc*, C08-01699 PJH ("*Martinez*");

WHEREAS the Court has scheduled a case management conference in this action on April 23, 2010 and the parties are required to file a joint case management statement on April 16, 2010;

WHEREAS the hearing on final approval of the settlement in *Martinez* is currently scheduled for April 14, 2010;

NOW THEREFORE, IT IS HEREBY STIPULATED AND AGREED by and between the parties, through their respective counsel of record, subject to the approval of the Court, that the case management conference currently set for April 23, 2010, be continued to May 14, 2010.

**IT IS SO STIPULATED.**

Dated: April 9, 2010                    ORRICK, HERRINGTON & SUTCLIFFE LLP

By:_____/s/ Sara E. Dionne_____
Sara E. Dionne
Attorneys for LUXOTTICA RETAIL NORTH AMERICA, INC. D/B/A LENSCRAFTERS, INC.

Dated: April 9, 2010                    HOFFMAN & LAZEAR

By:_____/s/ Morgan M. Mack_____
Morgan M. Mack
Attorneys for Plaintiffs

Pursuant to General Order No. 45, I hereby attest that I have concurrence to file this stipulation from all parties whose signatures are indicated by a "conformed" signature (/s/) within this e-filed document.

_____/s/ Sara E. Dionne_____
Sara E. Dionne

**IT IS SO ORDERED**
Judge Susan Illston
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

OHS West:260893802.1                - 2 -                    STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE