| | |
|---|---|
| 1 | H. TIM HOFFMAN (STATE BAR NO. 49141) |
| 2 | ARTHUR W. LAZEAR (STATE BAR NO. 83603)<br>MORGAN M. MACK (STATE BAR NO. 212659) |
| 3 | HOFFMAN & LAZEAR<br>180 Grand Avenue, Suite 1550 |
| 4 | Oakland, CA  94612<br>Telephone:  (510) 763-5700; Facsimile:  (510) 835-1311 |
| 5 | NEWMAN STRAWBRIDGE (STATE BAR NO. 171360)<br>LAW OFFICE OF NEWMAN STRAWBRIDGE |
| 6 | 719 Orchard Street<br>Santa Rosa, CA  95404 |
| 7 | Telephone:  (707) 523-3377 |
| 8 | CAMERON CUNNINGHAM (STATE BAR NO. 75593)<br>LAW OFFICE OF CAMERON CUNNINGHAM |
| 9 | 719 Orchard Street<br>Santa Rosa, CA  95404<br>Telephone:  (707) 829-9194 |
| 10 | Attorneys for Plfs. Brian King, Matthew Smelser, |
| 11 | and Dawn Cone |
| 12 | LYNNE C. HERMLE (STATE BAR NO. 99779)<br>lchermle@orrick.com |
| 13 | ORRICK, HERRINGTON & SUTCLIFFE LLP<br>1000 Marsh Road |
| 14 | Menlo Park, CA  94025<br>Telephone:   (650) 614-7400; Facsimile:   (650) 614-7401 |
| 15 | JULIE A. TOTTEN (STATE BAR NO. 166470)<br>jatotten@orrick.com |
| 16 | SARA E. DIONNE (STATE BAR NO. 221326)<br>sdionne@orrick.com |
| 17 | ORRICK, HERRINGTON & SUTCLIFFE LLP<br>400 Capitol Mall |
| 18 | Sacramento, CA  95814-4497<br>Telephone:   (916) 447-9200; Facsimile:   (916) 329-4900 |
| 19 | Attorneys for Defendants LUXOTTICA RETAIL NORTH |
| 20 | AMERICA, INC. D/B/A LENSCRAFTERS, INC. |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| 23 | BRIAN KING, MATTHEW SMELSER and DAWN CONE, individuals, on behalf of themselves and all other similarly situated, | Case No.  3:09-cv-03081-SI |
| 24 | | **STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE** |
| 25 | Plaintiffs, | |
| 26 | v. | |
| 27 | LENSCRAFTERS, INC., LUXOTTICA GROUP S.P.A. and Does 1 through 100, | |
| 28 | Defendants. | |

OHS West:260910963.1

STIPULATION TO CONTINUE
CASE MANAGEMENT CONFERENCE

| | |
|---|---|
| 1 | WHEREAS the Court stayed this action on February 24, 2010, pending a ruling on final |
| 2 | approval of the settlement in *Felice Martinez v. LensCrafters, Inc*, C08-01699 PJH ("*Martinez*"); |
| 3 | WHEREAS the Court has scheduled a case management conference in this action on May |
| 4 | 14, 2010 and the parties are required to file a joint case management statement on May 7, 2010; |
| 5 | WHEREAS final approval of the settlement in *Martinez* was granted on April 14, 2010; |
| 6 | WHEREAS Plaintiffs did not opt out of the *Martinez* settlement |
| 7 | WHEREAS Defendant Luxottica Retail North America, Inc. contends that Plaintiffs' |
| 8 | claims are now barred; |
| 9 | WHEREAS the parties have met and conferred on this issue and Plaintiffs are currently |
| 10 | evaluating whether they intend to pursue the action; |
| 11 | NOW THEREFORE, IT IS HEREBY STIPULATED AND AGREED by and between the |
| 12 | parties, through their respective counsel of record, subject to the approval of the Court, that the |
| 13 | case management conference currently set for May 14, 2010, be continued to ~~June 18~~ July 2, 2010. |

**IT IS SO STIPULATED.**

Dated: May 6, 2010                                     ORRICK, HERRINGTON & SUTCLIFFE LLP


                                                       By:_____/s/ Sara E. Dionne_____
                                                                    Sara E. Dionne
                                                       Attorneys for LUXOTTICA RETAIL NORTH
                                                       AMERICA, INC. D/B/A LENSCRAFTERS,
                                                       INC.

Dated: May 6, 2010                                     HOFFMAN & LAZEAR


                                                       _____/s/ Morgan M. Mack_____
                                                                  Morgan M. Mack
                                                            Attorneys for Plaintiffs

Pursuant to General Order No. 45, I hereby attest that I have concurrence to file this stipulation from all parties whose signatures are indicated by a "conformed" signature (/s/) within this e-filed document.


                                                       _____/s/ Sara E. Dionne_____
                                                                    Sara E. Dionne

**IT IS SO ORDERED**
*[Signature]*
Judge Susan Illston
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA