1   H. TIM HOFFMAN (STATE BAR NO. 49141)
    ARTHUR W. LAZEAR (STATE BAR NO. 83603)
2   MORGAN M. MACK (STATE BAR NO. 212659)
    HOFFMAN & LAZEAR
3   180 Grand Avenue, Suite 1550
    Oakland, CA  94612
4   Telephone:  (510) 763-5700; Facsimile:  (510) 835-1311

5   NEWMAN STRAWBRIDGE (STATE BAR NO. 171360)
    LAW OFFICE OF NEWMAN STRAWBRIDGE
6   719 Orchard Street
    Santa Rosa, CA  95404
7   Telephone:  (707) 523-3377; Facsimile:  (707) 573-1094

8   CAMERON CUNNINGHAM (STATE BAR NO. 75593)
    LAW OFFICE OF CAMERON CUNNINGHAM
9   719 Orchard Street
    Santa Rosa, CA  95404
10  Telephone:  (707) 829-9194; Facsimile: (707) 573-1094

11  Attorneys for Plfs. Brian King and Dawn Cone

12  LYNNE C. HERMLE (STATE BAR NO. 99779)
    ORRICK, HERRINGTON & SUTCLIFFE LLP
13  1000 Marsh Road
    Menlo Park, CA  94025
14  Telephone:     (650) 614-7400; Facsimile:    (650) 614-7401

15  JULIE A. TOTTEN (STATE BAR NO. 166470)
    SARA E. DIONNE (STATE BAR NO. 221326)
16  ORRICK, HERRINGTON & SUTCLIFFE LLP
    400 Capitol Mall, Suite 3000
17  Sacramento, CA  95814-4497
    Telephone:     (916) 447-9200; Facsimile:    (916) 329-4900
18
19  Attorneys for Defendant Luxottica Retail North America, Inc.

20              UNITED STATES DISTRICT COURT

21             NORTHERN DISTRICT OF CALIFORNIA

22

23  BRIAN KING, MATTHEW SMELSER and          Case No.  3:09-cv-03081-SI
    DAWN CONE, individuals, on behalf of
24  themselves and all other similarly situated,      **JOINT CASE MANAGEMENT
                                 Plaintiffs,          STATEMENT**
25
26          v.

27  LENSCRAFTERS, INC. LUXOTTICA
    GROUP S.P.A. AND Does 1 through 100.
28                               Defendants.

The parties, Plaintiffs Brian King, Matthew Smelser and Dawn Cone ("Plaintiffs") and Defendant Luxottica Retail North America, Inc. (improperly sued as LensCrafters, Inc.) ("Defendant"), by and through their undersigned counsel, jointly submit this Joint Case Management Statement in anticipation of the Case Management Conference pursuant to the Court's Civil Pretrial Order dated November 20, 2009 and Civil Local Rule 16-10 (d).[1]

## I.  JURISDICTION AND SERVICE

The parties have no new issues to report.

## II.  FACTS

The parties have no new issues to report.

## III.  LEGAL ISSUES

The court previously stayed this matter pending a determination of final approval in the *Martinez v. Lenscrafters, Inc.*, C08-01699 ("*Martinez*") matter.  Final approval was granted in *Martinez* on April 15, 2010.  Plaintiffs did not opt out of the settlement.  Accordingly, Defendant contends that Plaintiffs' claims are now barred.  The parties have met and conferred regarding this issue and have reached an agreement to settle the matter in its entirety.  At this time, the parties are still in the process of finalizing the settlement paperwork and they will file a stipulation of dismissal once the settlement in finalized.

## IV.  MOTIONS

Defendant continues to believe that if this matter proceeds forward, it may be subject to binding arbitration.

## V.  AMENDMENT OF PLEADINGS

On September 10, 2009, Plaintiffs filed a First Amended Complaint.  If the settlement is not finalized, Plaintiffs anticipate filing a Second Amended Complaint.  Defendant's response to the First Amended Complaint was initially stipulated to be due on March 12, 2010, but that deadline was subject to the stay in the action.  In the event that settlement does not become final and Plaintiffs intend to pursue this action, the parties and Court need to set a new deadline either

---

[1] Luxottica Group SpA has not been served in this action and is not a party to this statement. Plaintiffs have represented that they intend to drop Luxottica Group SpA as a party to this action.

1  for response to Plaintiffs' First Amended Complaint or for Plaintiffs to file their Second

2  Amended Complaint.

3  **VI.**  **EVIDENCE PRESERVATION**

4      The parties have no new issues to report.

5  **VII.**  **DISCLOSURES**

6      The parties have no new issues to report.

7  **VIII.**  **DISCOVERY**

8      The parties have no new issues to report.

9  **IX.**  **CLASS ACTIONS**

10     The parties have no new issues to report.

11  **X.**  **RELATED CASES**

12      The parties have no new issues to report.

13  **XI.**  **RELIEF**

14     The parties have no new issues to report.

15  **XII.**  **SETTLEMENT AND ADR**

16     As noted above, the parties have reached an agreement to settle this matter.  The parties

17  advised the Early Neutral Evaluator of this settlement on June 16, 2010.

18  **XIII.**  **CONSENT TO MAGISTRATE JUDGE FOR ALL PURPOSES**

19     The parties have no new issues to report.

20  **XIV.**  **OTHER REFERENCES**

21     The parties have no new issues to report.

22  **XV.**  **NARROWING OF ISSUES**

23     The parties have no new issues to report.

24  **XVI.**  **EXPEDITED SCHEDULE**

25     The parties have no new issues to report.

26  **XVII. SCHEDULING**

27     The parties have no new issues to report.

28  / / /

XVIII. TRIAL

The parties have no new issues to report.

XIX.   DISCLOSURE OF NON-PARTY INTERESTED ENTITIES OR PERSONS

The parties have no new issues to report.

XX.    OTHER MATTERS

The parties have no new issues to report.

Pursuant to General Order No. 45, Orrick, Herrington & Sutcliffe LLP attests that

concurrence in the filing of the document has been obtained from the other signatories which

shall serve in lieu of their signatures on the document.

Dated: June 25, 2010                         H. TIM HOFFMAN
                                             ARTHUR W. LAZEAR
                                             MORGAN M. MACK
                                             Hoffman & Lazear

                                             /s/ Morgan M. Mack
                                             MORGAN M. MACK
                                             Attorneys for Plaintiffs
                                             BRIAN KING & DAWN CONE

Dated: June 25, 2010                         LYNNE C. HERMLE
                                             JULIE A. TOTTEN
                                             SARA E. DIONNE
                                             Orrick, Herrington & Sutcliffe LLP

                                             /s/ Julie A. Totten
                                             JULIE A. TOTTEN
                                             Attorneys for Defendant
                                             LUXOTTICA RETAIL NORTH AMERICA,
                                             INC.