| | |
|---|---|
| 1 | H. TIM HOFFMAN (STATE BAR NO. 49141) |
| | ARTHUR W. LAZEAR (STATE BAR NO. 83603) |
| 2 | CHAD A. SAUNDERS (STATE BAR NO. 257810) |
| | HOFFMAN & LAZEAR |
| 3 | 180 Grand Avenue, Suite 1550 |
| | Oakland, CA  94612 |
| 4 | Telephone:  (510) 763-5700; Facsimile:  (510) 835-1311 |
| 5 | NEWMAN STRAWBRIDGE (STATE BAR NO. 171360) |
| | LAW OFFICE OF NEWMAN STRAWBRIDGE |
| 6 | 719 Orchard Street |
| | Santa Rosa, CA  95404 |
| 7 | Telephone:  (707) 523-3377 |
| | CAMERON CUNNINGHAM (STATE BAR NO. 75593) |
| 8 | LAW OFFICE OF CAMERON CUNNINGHAM |
| | 719 Orchard Street |
| 9 | Santa Rosa, CA  95404 |
| | Telephone:  (707) 829-9194 |
| 10 | |
| | Attorneys for Plfs. Brian King, Matthew Smelser, |
| 11 | and Dawn Cone |
| 12 | LYNNE C. HERMLE (STATE BAR NO. 99779) |
| | lchermle@orrick.com |
| 13 | ORRICK, HERRINGTON & SUTCLIFFE LLP |
| | 1000 Marsh Road |
| 14 | Menlo Park, CA  94025 |
| | Telephone:    (650) 614-7400; Facsimile:    (650) 614-7401 |
| 15 | JULIE A. TOTTEN (STATE BAR NO. 166470) |
| | jatotten@orrick.com |
| 16 | SARA E. DIONNE (STATE BAR NO. 221326) |
| | sdionne@orrick.com |
| 17 | ORRICK, HERRINGTON & SUTCLIFFE LLP |
| | 400 Capitol Mall |
| 18 | Sacramento, CA  95814-4497 |
| | Telephone:    (916) 447-9200; Facsimile:    (916) 329-4900 |
| 19 | |
| | Attorneys for Defendants LUXOTTICA RETAIL NORTH |
| 20 | AMERICA, INC. D/B/A LENSCRAFTERS, INC. |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRIAN KING, MATTHEW SMELSER and DAWN CONE, individuals, on behalf of themselves and all other similarly situated, | Case No.  3:09-cv-03081-SI |
| Plaintiffs, | **STIPULATION AND [PROPOSED] ORDER FOR DISMISSAL** |
| v. | |
| LENSCRAFTERS, INC., LUXOTTICA GROUP S.P.A. and Does 1 through 100, | |
| Defendants. | |

OHS West:260934870.1

STIPULATION AND [PROPOSED] ORDER FOR
DISMISSAL
C08-03129-JCS

## STIPULATION

IT IS HEREBY STIPULATED by and between all parties appearing in this action through their designated counsel that all individual claims of Plaintiffs BRIAN KING, DAWN CONE and MATTHEW SMELSER in the above-captioned action be and hereby are dismissed with prejudice, pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure. THE PARTIES FURTHER STIPULATE that all class and representative claims brought on behalf of others similarly situated in the above-captioned action be and hereby are dismissed without prejudice, pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure. Each party shall bear their own attorneys' fees and costs.

Dated: July 2, 2010              ORRICK, HERRINGTON & SUTCLIFFE LLP

By:      /s/ Julie A. Totten
         Julie A. Totten
Attorneys for LUXOTTICA RETAIL NORTH AMERICA, INC. D/B/A LENSCRAFTERS, INC.

Dated: July 2, 2010              HOFFMAN & LAZEAR

By:      /s/ Chad A. Saunders
         Chad A. Saunders
         Attorneys for Plaintiffs

Pursuant to General Order No. 45, I hereby attest that I have concurrence to file this stipulation from all parties whose signatures are indicated by a "conformed" signature (/s/) within this e-filed document.

         /s/ Julie A. Totten
         Julie A. Totten

**ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: _____, 2010.     _____

                                          Hon. Susan Y. Illston
                                   United States District Judge